ROSALYN D. IMMER, PLAINTIFF-PETITIONER, v. HENRY P. RISKO, DEFENDANT-RESPONDENT, AND THOMAS A. SIMONSEN, DEFENDANT.

*Messrs. Liebowitz, Krafte & Liebowitz* for the petitioner.

*Messrs. Stevens & Mathias* and *Mr. Frank Fink* for the respondent.

March 10, 1970. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. WALTER HUNTSINGER, JR., DEFENDANT-PETITIONER.

*Mr. Carlton W. Rowand* for the petitioner.

*Mr. A. Donald Bigley* and *Mr. I. Michael Heine* for the respondent.

March 10, 1970. Denied.

OIL CITY PETROLEUM CO., INC., PLAINTIFF-RESPONDENT, v. FLORAL PARK INC., DEFENDANT-PETITIONER.

*Messrs. Capone & Gittleman* for the petitioner.

*Messrs. Okin, Pressler & Scherby* for the respondent.

March 10. 1970. Denied.